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

COMMONWEALTH OF MASSACHUSETTS

04 MC 10098

WORCESTER ss.

DISTRICT COURT DEPARTMENT
MILFORD DIVISION
DOCKET NO. 0166 CV 593

SALLIE MAE SERIVICING, L.P., )
)
                Plaintiff )
v. ) AGREEMENT FOR JUDGMENT
)
NANCIE L. HOLBROOK, )
)
)
                Defendant )
)

*RECEIVED SEP 06 2002 MILFORD DISTRICT COURT*

    It is hereby agreed that Judgment may be entered in this action for Plaintiff, Sallie Mae Servicing, L.P., against the Defendant, Nancie L. Holbrook, in the amount of $121,730.90 principal, plus interest in the amount of $23,348.41, for a total amount of $145,079.31 as of August 15, 2002, plus costs. Interest will continue to accrue on any remaining balance at the rate published in the Promissory note until judgment is satisfied in full.

    All parties listed below waive notice otherwise required by Rule 77.

_____
*Counsel for the Defendant*
Assiran, Ellis, & Devlin

Henry C. Ellis, Esquire
BBO# 153360
Seventy Nine Church Green
Taunton, MA  02780-3445

Date: 8/24/02

Agreement dated August 20, 2002.

Attest:
a true copy

_____
Clerk-Magistrate (Deputy)

_____
*Counsel for the Plaintiff*
Zwicker & Associates, P.C.

Arthur J. Tessimond, Jr., Esquire
BBO # 562130
Jocelyn Thomsen, Esquire
BBO # 644330
100 Old River Road
Andover, MA  01810
(978) 686-2255

Date: 9.4.02

*RECEIVED MAY 16 2003 BY SMSC BNK/LIT UNIT*

**Sallie Mae Servicing**
PO BOX 6228
INDIANAPOLIS IN 46206

(800) 251-4127

CLERK OF COU R T MILFORD DIST
161 WEST ST
MILFORD          MA   01757-2226

ACCOUNT NUMBER: 0240560363601

Dear CLERK OF COU R T MILFORD DIST,                    05/21/03

## ASSIGNMENT OF JUDGMENT

I, DIANE E KLINGES, representing the Student Loan
Marketing Association/Loan Servicing Center/Pennsylvania (Sallie Mae) of
220 Lasley Avenue, City of Wilkes-Barre, County of Luzerne, State of
Pennsylvania, in consideration of the sum of $145,079.31, receipt of
which is acknowledged, paid to me by the United States of America, the
assignee, hereby assign the judgment, recovered by Sallie Mae
on 09/06/02, docketed in MILFORD, Case No. 0166 CV 593,
against  NANCIE L HOLBROOK,  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-1, for
$145,079.31 (amount of judgment, indicating treatment of interest,
court costs, and attorney's fees, if appropriate).

Assign or authorizes the United States of America to ask, demand, and
receive, and to sue out executions and take all lawful ways for recovery
of the money due or to become due on this judgment.

Assignor has not done and will not do anything to hinder or prevent the
United States of America from enforcing this judgment.

The Servicing Center/Pennsylvania address is:  P.O. Box 9400,
Wilkes-Barre, PA 18733-9400.  Phone:  (570) 821-3600.

The DHHS address is: Department of Health and Human Services, Debt
Management Branch, 5600 Fishers Lane, Room 2-B-60, Rockville, MD  20857,
(301) 443-1782.

I have executed this assignment at Loan Servicing Center/Pennsylvania
the  21ST of MAY, 2003.

_Diane E Klinges_
(Signature)

Sworn before me this ___21___ day of ___May___, 20_03_.

_Diane E Klinges_          Affiant  ✓  is known to me personally
                                   ___ provided valid identification
                                   Type of identification provided:

NOTARIAL SEAL
My commission expires: Debra C Day, Notary Public
Hanover Twp, County of Luzerne
My Commission Expires May 6, 2004

PHONE (800) 251-4127   •   FAX (800) 848-1949   •   TDD/TTY (888) 833-7562   •   24 HRS/7 DAYS

L100    LPDEK1    4880